No. 02–989. ILLINOIS *v.* WHITE. App. Ct. Ill., 2d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–1161. RYAN, ACTING DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS *v.* BEATY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–9434. REEDER *v.* CITY OF PARIS, TEXAS, ET AL. C. A. 5th Cir. Certiorari before judgment denied.